

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00694-CV

Robert **LEAL** and Ramiro Leal,
Appellants

v.

**CUANTO ANTES MEJOR LLC**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-02-00041-CVK
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's Order and Final Judgment Regarding Summary Judgment is AFFIRMED.

It is ORDERED that appellee recover its costs of appeal from appellants.

SIGNED July 1, 2015.

_____
Karen Angelini, Justice